IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LYNDA POLLOCK, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>CODY RUNYON, ET AL., )<br>)<br>)<br>  Defendants. | Case No. 3:25-cv-2129-JPG |

### AUTOMATIC MEDIATION REFERRAL ORDER

**GILBERT, District Judge:**

The above captioned action has been identified as a Non-Exempt Civil Case subject to automatic referral into the Court's Mediation Program.[1] Counsel are **DIRECTED** to review the Court's Mediation Plan, which is available at: https://www.ilsd.uscourts.gov/mediation-program.

**Please note the following:**

- Counsel shall confer about the Mediation Program and shall attempt to agree upon a mediator as part of their discussion of "the possibilities for promptly settling or resolving the case" pursuant to Fed. R. Civ. P. 26(f).

- Unless otherwise ordered, the following mediation deadlines shall apply:

    o The parties shall have **28 days** from the date they submit the Joint Report and Proposed Scheduling and Discovery Order via email to Judge Gilbert in which to select a mediator and file a stipulation with the Court regarding their selection.

    o The **two-hour mediation session** shall be completed no later than **30 days** before the discovery cut-off date.

    o The **mediation proceedings** are strongly to be completed no later than **15 days** after the discovery cut-off date.

---

[1] In the Southern District of Illinois, all civil actions shall be automatically referred into the Court's Mediation Program except those cases that have been designated as exempt pursuant to § 2.1(B) of the Mediation Plan.

**IT IS SO ORDERED.**

**DATED: 12/29/2025**

                                                  */s/ J. Phil Gilbert*
                                                  J. Phil Gilbert
                                                  United States District Judge